AO 467 (1/86) Order Holding Defendant

# United States District Court

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA

v.

Augustine Haymond

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 06-71M

Charging District Case Number: CR 06-42

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the **Northern** District of **West Virginia**; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) The courtroom of the Honorable John S. Kaull
30 West Pike Street
3rd Floor
Clarksburg, WVA 26301 on June 8, 2006 at 1:00 p.m.
Date and Time / Place and Address

FILED
MAY 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Signature of Judicial Officer_
Magistrate Judge

5/31/06
Date

Mary Pat Thynge
Name and Title of Judicial Officer