OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

July 6, 2006



Clerk of Court
United States District Court
Northern District of West Virginia
P.O. Box# 1518
Elkins, WV 26241

RE: United States v. Augustine Haymond
    Case No. 06-71M USDC/DE
           CR 06-42 USDC/NDWV

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

                                              Sincerely,

                                              Keith J. Kincaid
                                              Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above
referenced case on ___July 10, 2006___.
                         (date)

___Carole Daniels___
       Signature

___Deputy Clerk___
       Title

